**Denied and Opinion Filed February 16, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00155-CV

### IN RE GREGORY DUNCAN, Relator

**Original Proceeding from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-08535**

## MEMORANDUM OPINION

Before Justices Francis, Lang, and Evans
Opinion by Justice Evans

Before the Court is relator's February 14, 2017 petition for writ of mandamus in which he complains of the trial court's February 1, 2017 sanctions order. To be entitled to mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we deny relator's petition for writ of mandamus.

170155F.P05

/s/David Evans/
DAVID EVANS
JUSTICE